UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CR610 JCH |
| ) | |
| DONALD JAMES ZAKRZEWSKI, ) | |
| ) | |
| Defendant(s). ) | |

# **ORDER**

This matter is before the Court on Defendant's pre-trial Motion to Suppress Statements (Doc. No. 38), and Motion to Suppress Evidence (Doc. No. 39). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David D. Noce, who filed a Report and Recommendation on September 10, 2009. Neither party submitted objections to the Report and Recommendation.

Magistrate Judge Noce recommends that the Court deny Defendant's motions. After de novo review of the entire record in this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 46] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Statements [Doc. No. 38] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence [Doc. No. 39] is **DENIED**.

Dated this 26th day of October, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE